**Exhibit A to the Complaint**

**Location:** Minneapolis, MN
**Total Works Infringed:** 46

**IP Address:** 24.131.129.76
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 71DC4A46E0BB056C83BEE9F08FD9D9C89D21E863<br>File Hash:<br>ECA9DED006381EED7FBA7DC09F50797E0453207D80104BCA9990D9F5D71D202B | 02-16-2023<br>10:16:34 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 2 | Info Hash: D180CCB76299423461544F293503A24A3ECBAE97<br>File Hash:<br>71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 02-15-2023<br>23:14:47 | Vixen | 09-21-2019 | 10-01-2019 | PA0002217349 |
| 3 | Info Hash: 780EB03950E307055A06005EDA9C3E648A24DBBA<br>File Hash:<br>DBDB338D4F78FB2695FD41DDA3E6BAEC3DCEFA8D85B677B193AE71D87C73C945 | 01-31-2023<br>13:21:26 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 4 | Info Hash: FF92E1D8F2B4F2CC8ACD8C21D74F62A04F00A17B<br>File Hash:<br>0D420108AD7AE6702EC9DBCF9EB494A38E1F42FC5CB9E93AC3C552F1B46FF93E | 01-31-2023<br>13:21:12 | Vixen | 05-24-2018 | 07-14-2018 | PA0002128388 |
| 5 | Info Hash: F0BB5EC44696955E214165B717DEB7B177B41FB8<br>File Hash:<br>3EC4C6B9B87FD56CE21D1918824C207541BA1402A0F4CDE9123FF706EEE2B930 | 01-30-2023<br>10:22:20 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 6 | Info Hash: D3E26814F1A8F78A2E14DF73A4024DC63090BC14<br>File Hash:<br>D23055C965844298F400C15348A9DA1F8A0DFF69EB91F9F59B41FA0AC9D90621 | 01-29-2023<br>16:03:39 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 7 | Info Hash: E218C67A369BDB33679CB9D07423AEA3A791A6BA<br>File Hash:<br>58014A8C7C741B7C2D71FB2D76A069ED5DD84D60BE69E6C0FB1B7DFE7DD4B455 | 01-29-2023<br>16:02:46 | Tushy | 12-17-2019 | 01-22-2020 | PA0002234859 |
| 8 | Info Hash: F2753FE2E59D29D8ACB26350CE4D2DBF4715B1A0<br>File Hash:<br>C61912E4DD2E45DC46042F0453C130FA458F82663D731469874A05919448D87B | 01-29-2023<br>11:20:54 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 9 | Info Hash: E233BC9FC1BA4A03C9AF450702CC5EC291CD1D8A<br>File Hash:<br>00C6FB7C44F943D7BF80D83A82BAD7F4D3B74103305DA27FDB5E12C0923F5196 | 01-27-2023<br>10:58:42 | Tushy | 10-31-2020 | 01-07-2022 | PA0002337490 |
| 10 | Info Hash: F6ABB3EC57F6F61E302E4DB9222EA5CB0EEDBE44<br>File Hash:<br>8BA6CA2A2423FDE7D4B7D075850BA1748A5CBE939DC7B56A5C348F2115327E69 | 01-26-2023<br>23:15:20 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 11 | Info Hash: F323D19E1662B0B46FA7D4506FAE98ABA5503974<br>File Hash:<br>28EA1E0A91CE6FA6673272E22325976202C159E18EDA171F8C6D0A93F9F21A92 | 01-26-2023<br>20:34:44 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 990EF8E56B0767392D34CF7C826B10B6B32246F2<br>File Hash:<br>6DA65020DB262CF48F923FEF7112E501E81B67660CED004488F03031632B5D61 | 01-14-2023<br>13:09:25 | Tushy | 01-01-2019 | 02-02-2019 | PA0002155376 |
| 13 | Info Hash: AFAA652DCC9E0058185F2612214E8923FDE05918<br>File Hash:<br>AACF0B34DBE2C25462CC72A61BE5B853C34FF3B8C9160AC6603952E79DBED3DB | 01-11-2023<br>01:14:43 | Tushy | 07-25-2017 | 08-11-2017 | PA0002046870 |
| 14 | Info Hash: D4BB512F8C0AE6A2925772036D1AD41CDC088861<br>File Hash:<br>27843D27F39A962E663A89A982202CEAA6BDF03320DCF9B043676AD2E93B3FC1 | 01-09-2023<br>16:45:57 | Vixen | 10-01-2018 | 11-01-2018 | PA0002143421 |
| 15 | Info Hash: C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D<br>File Hash:<br>C3E645E8791B6FC72B8EA87A264B234AEF1523F9E8B8D6318D72E9DFE9594D45 | 12-30-2022<br>09:22:27 | Tushy | 08-04-2018 | 09-01-2018 | PA0002119573 |
| 16 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821<br>File Hash:<br>4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 12-30-2022<br>09:17:07 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 17 | Info Hash: DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D<br>File Hash:<br>710C8FB107F44F7757676809D97309DB532671641136EE693F0F112CFDC87090 | 12-30-2022<br>09:16:55 | Vixen | 01-19-2019 | 02-22-2019 | PA0002155139 |
| 18 | Info Hash: B932566CA80214AF1768FCDD8E37A4C272BF016F<br>File Hash:<br>956F4B94646E9605D916985FF017AE521D401BE8ACC474B680F906BCFE506CC3 | 12-30-2022<br>09:16:23 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 19 | Info Hash: BC9B734ECFA71CA5DD4B0C8BFF63DCFC902B4E3D<br>File Hash:<br>E8D259C7E52328D88E0892DC5B27907354B2A6DCF45A77FD9C824FD513CB2824 | 12-29-2022<br>10:00:10 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 20 | Info Hash: EC453B436B53533EF9467AD30D49CF9F9738C2B1<br>File Hash:<br>CE02331B0303C2EAF999F859894AB3D84F82ED930CC5EBC8A1E3CC7D418A943B | 12-28-2022<br>12:44:02 | Vixen | 02-18-2020 | 03-18-2020 | PA0002241449 |
| 21 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash:<br>6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 12-27-2022<br>10:56:56 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 22 | Info Hash: 3EA0CF9C87288AF48B11486B9BCB9919F16EA731<br>File Hash:<br>D05F38277B77040CF93144BD68F937C4DD0178A11C2E7854351796603140D286 | 12-27-2022<br>10:50:59 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 23 | Info Hash: 8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900<br>File Hash:<br>8AF8FCB882888074B5D5505F39BEA55918BF3536F3DD764B5B0A57DD73C5CF86 | 12-27-2022<br>10:50:46 | Tushy | 01-21-2019 | 02-22-2019 | PA0002155131 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: 866ED08FAA30A005479E7691EE82140D1B4C8592<br>File Hash:<br>AA2912896C18FA2955A26EE8C7F058CBDB7BEA61524FE3480F75CC7F58C4B7C6 | 12-17-2022<br>10:31:24 | Vixen | 12-05-2018 | 12-18-2018 | PA0002141920 |
| 25 | Info Hash: 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636<br>File Hash:<br>402B867C209F7D20D0191CA572AE9866DD7F7A3F678CE452902BFACBA641A9EB | 12-15-2022<br>23:16:43 | Vixen | 08-12-2017 | 08-17-2017 | PA0002048373 |
| 26 | Info Hash: 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25<br>File Hash:<br>C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 12-13-2022<br>12:56:05 | Tushy | 07-05-2018 | 08-07-2018 | PA0002132399 |
| 27 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash:<br>093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 12-13-2022<br>12:55:19 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 28 | Info Hash: CC624B99131D20A815AC7138FEF12826FDE1BB3B<br>File Hash:<br>55443CFF57394DA9C5E24B38F92A1FE43B6539CF45A638197AD61738FD75A065 | 12-13-2022<br>12:54:13 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |
| 29 | Info Hash: 3A8F5DDE96360B6473920F8C1F87FFE982D094FD<br>File Hash:<br>D40F186D0CDC5BE986B8C48450E0495967BA39DB251E2FE205D57344BACF8D6D | 12-12-2022<br>13:04:49 | Vixen | 10-21-2018 | 11-25-2018 | PA0002136633 |
| 30 | Info Hash: FD07986D65FBA51BFF205EC22B42774AB7F5D9E5<br>File Hash:<br>316BC6707867BB1207B28A163035F4E94D459074F54C3A828301CB9D489BA980 | 12-12-2022<br>13:03:22 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 31 | Info Hash: CF62819AF207B3FD24DFC840AABBD639C3D3A357<br>File Hash:<br>FBD2DC1EED9D589984153B4D6899968848F10A33226AEC8B21BD9375F85823F9 | 12-12-2022<br>13:02:57 | Vixen | 06-13-2019 | 08-02-2019 | PA0002192295 |
| 32 | Info Hash: 37A6B5BDFD979CD2C8D678F01F615EE0792C6DA1<br>File Hash:<br>E705244E868F1C68D9AD718C2B01944795F91F77EAB0DF1852A2043BD3D48F3C | 12-12-2022<br>13:02:32 | Tushy | 10-03-2018 | 11-01-2018 | PA0002143432 |
| 33 | Info Hash: D9CB1C2EBE8303087079AF643E4A0EBE32807DAC<br>File Hash:<br>CBE95E297E01C5B597239341A4EF6B7000AA78061E3E7E587CC00547FB2CD05B | 12-12-2022<br>13:00:45 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 34 | Info Hash: 4831FEBC4D4E06083489EF221B1D1E2AD3A85BB6<br>File Hash:<br>AA70B2D49F15B5A8DAD3C050472A5DF26C709F35218C282B36B18DB6D2DE9DD4 | 12-12-2022<br>01:16:50 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 35 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash:<br>1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 12-11-2022<br>23:20:16 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash: 8C6947272066C57583DEA1BE22B4EFA1FDEC3934<br>File Hash:<br>801B8F13DDE9E2FC8D78067FB02B263C63FE02F8E3E8891FA483BEA0B65C3885 | 12-11-2022<br>23:19:28 | Tushy | 04-05-2020 | 04-17-2020 | PA0002237308 |
| 37 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash:<br>498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 12-11-2022<br>23:19:15 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 38 | Info Hash: E480F6FC4F93982D07B305510EB73A2867B3ACD5<br>File Hash:<br>548A8289F6B4B23B023A85080F425EFCCCF0F0BC211DC7E8877665DC685B1787 | 12-11-2022<br>18:18:47 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 39 | Info Hash: 4B748C4CCA41D08C71EA157D0882DE909135FA46<br>File Hash:<br>80CB60DBD749B5F9DA57BBC02A0B5BA203E1E45EE6BEDB57BC0EBBDAEA800FF3 | 12-11-2022<br>18:17:11 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 40 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash:<br>16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 12-11-2022<br>18:16:25 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 41 | Info Hash: 8340EBD31C10365E5407D21282F5AD8A1D354E4B<br>File Hash:<br>DE6A8F4B4BA0D4FB4F01222EEEF2B5CD21DBD18ABF13B5030477AFBD4BB1A9E2 | 12-11-2022<br>01:50:49 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 42 | Info Hash: 9D0E6395886BD6D9F2435B40F907FF75184571C8<br>File Hash:<br>B972F5E8B10A1E9A75F37EB4DCA61E749E0C08EF0A1665D59A2FA625E3D1A235 | 12-11-2022<br>01:49:42 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 43 | Info Hash: 58A25091CD7082C8A3F23D06588884E6627754CB<br>File Hash:<br>A1B09A0C5890A45281A3C26F4EA4F23147E86DFE704B592DCAC3FAAFD5F30B64 | 12-11-2022<br>01:49:21 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 44 | Info Hash: 3669F85A3006C05E56FF6EA10AD9CCFB38832CF5<br>File Hash:<br>E7DF4377CF4675EA1BD3052A6929C7F61963EB34663B0DD93F7FE58D9EBB1EB7 | 12-10-2022<br>23:03:46 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 45 | Info Hash: 3452C490B93613A4A4949A8B95F1ADE7C671B0D8<br>File Hash:<br>82E1E10BD1077537C4D960AD084BFD1383557A83897501CB99874481BD025C4F | 11-29-2022<br>12:57:10 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |
| 46 | Info Hash: 403E8C8AAA1FD91D2ED68B3DC7BA45BE64756777<br>File Hash:<br>7143ECF8C1CBB3F3D0BFC8E5B94B112D43A0EA60EECE43B6005F2269DBBDEF3C | 11-29-2022<br>12:42:48 | Vixen | 02-28-2020 | 04-17-2020 | PA0002251744 |